UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUN RAJAGOPALAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, et al.,<br><br>    Defendants. | Case No. 22-cv-07507-AGT<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiffs previously notified the Court that their case was moot and moved to withdraw their complaint. The Court denied plaintiffs' motion, explaining that plaintiffs couldn't withdraw their complaint and instead needed to file a notice of voluntary dismissal or a stipulation of dismissal signed by all parties who had appeared. *See* Dkt. 11.

    Several months have passed since the Court's order, but plaintiffs haven't filed a notice of voluntary dismissal or a stipulation of dismissal. On or before April 14, 2023, plaintiffs must file one of these two documents or show cause for why their case shouldn't be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

Dated: April 7, 2023

Alex G. Tse
United States Magistrate Judge